

| | |
|---|---|
| **Mars Khaimov Law, PLLC** | 108-26 64th Avenue, Second Floor<br>Forest Hills, NY 11375<br>Tel.: 929.324.0717<br>E-mail: mars@khaimovlaw.com |

October 27, 2022

**BY ECF and EMAIL**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



      Re:     <u>Dicks v. Country Club Prep, LLC; Case No 1:22-cv-6444-KPF</u>

To the Honorable Judge Failla

      Plaintiff submits this letter-motion to seek a rescheduling of the pre-motion conference, currently scheduled for November 1, 2022 at 2:30 PM. Plaintiff's counsel will be traveling on the afternoon of November 1st, and therefore respectfully requests that the conference be held on the morning of November 1st, if possible. If not amenable to the Court, Plaintiff requests that the conference be adjourned to any time on November 2, 2022, or a date soon thereafter that works for the Court. This is the first time this relief is being sought, and both Parties consent.

      Separately, the Parties also respectfully request that the Court confirm that the conference will be held telephonically, as the wording in Dkt. No. 10 Order caused some confusion ("The Parties shall come to the pre-motion conference…")

      The Parties thank the Court for its attention and consideration in this matter.

                                                 Respectfully submitted,

                                                 <u>/s/ Mars Khaimov, Esq.</u>

Cc: David Stein, Esq.



Application GRANTED.  The pre-motion conference scheduled to take place on November 1, 2022, is hereby **ADJOURNED to November 2, 2022, at 3:00 p.m.**  At the designated time, the parties shall call (888) 363-4749, and use access code 5123533.

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:     October 28, 2022                SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE