UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE DICKS,<br>*on behalf of herself and all others similarly situated,*<br><br>                              Plaintiff,<br><br>                       -v.-<br><br>COUNTRY CLUB PREP, LLC,<br><br>                              Defendant. | 22 Civ. 6444 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 2, 2022, the Court held a pre-motion conference in this case, and directed Plaintiff to file an amended complaint by December 16, 2022, and Defendant to file its motion to dismiss by January 20, 2023. In line with this schedule, Plaintiff timely filed her amended complaint. (Dkt. #15). However, Defendant has not filed its motion to dismiss, nor has it filed an answer or proposed case management plan. This, despite the Court corresponding with the parties on two separate occasions following Defendant's failure to submit its motion to dismiss. Accordingly, Defendant is **ORDERED** to show cause in writing by **February 17, 2023**, why a default judgment should not be entered against it for failing to comply with Court Orders.

    SO ORDERED.

Dated:  January 31, 2023
        New York, New York

                                              *Katherine Polk Failla*
                                           _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge