UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE DICKS,<br>*on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>-v.-<br><br>COUNTRY CLUB PREP, LLC,<br><br>Defendant. | 22 Civ. 6444 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On January 31, 2023, the Court ordered Defendant to show cause in writing why Defendant had failed to file an answer and proposed case management plan. (Dkt. #17). Since that time, Defendant has filed an answer, and the parties have filed a proposed case management plan. Accordingly, the Court vacates its prior Order to show cause. The parties' case management plan will issue under separate cover. If, during the course of discovery, the parties wish to be referred to either the District's Mediation Program or a magistrate judge for a settlement conference, the parties are directed to apprise the Court at a later date.

      SO ORDERED.

Dated: February 13, 2023
          New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge