```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VALERIE DICKS,
*on behalf of herself and all others similarly situated,*
                               Plaintiff,

        -against-

COUNTRY CLUB PREP, LLC,

                               Defendants.

------------------------------------------------------------------X

**22-CV-6444 (KPF)**

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Wednesday, September 13, 2023, at 2 p.m**, via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **September 6, 2023.**

**SO ORDERED.**

DATED:     July 13, 2023

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge